IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WHITAKER,

       Plaintiff,                    No. CIV S-10-1400 EFB P

    vs.

JAFFE, et al.,

       Defendants.           <u>ORDER</u>

                                /

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 2, 2011 plaintiff filed a document styled "Motion to postpone the case" in which he stated that he may be sent to the hospital.

Accordingly, it is hereby ORDERED that:

1. Within 14 days of the date of this order, plaintiff shall notify the court whether he is currently in the hospital; and

2. The Clerk is directed to terminate docket entry 34.

DATED: March 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE