IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH WHITAKER,

        Plaintiff,                     No. CIV S-10-1400 KJM EFB P

      vs.

CHEN, et al.,

        Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On May 19, 2011 defendants filed a "Request for Clarification and Objections" to the scheduling order.  In this document defendants requested that responses to written discovery be due 45 days after the request is served.  Defendants attached a different judge's order setting out such a schedule.

      The discovery and scheduling order stands.  The court has already granted defendants one extension of time to respond to discovery.  The parties are free to request further extensions of time as necessary.

      On May 27, 2011 and June 13, 2011 plaintiff filed motions for injunctive relief.

////

////

1

1     It is hereby ORDERED that:

2     1. Defendants' request to make responses to written discovery be due 45 days after the
3  request is served is denied; and

4     2. Within 21 days from the date of this order, defendants shall file an opposition or
5  statement of no opposition to plaintiff's motions.

6  Dated:   June 22, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2